AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 5:21-cr-00214-EJD |
| Paul Haje | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Paul Haje (local counsel only)

Date: 11/19/2024

s/Edward M. Burch
*Attorney's signature*

Edward M. Burch, CSBN 255470
*Printed name and bar number*

Law Office of Michael and Burch, LLP
One Sansome Street
Suite 3500
San Francisco, CA 94104
*Address*

edward@michaelburchlaw.com
*E-mail address*

(415) 946-8996
*Telephone number*

*FAX number*